SOUTHERN RAILWAY COMPANY *v.* NEWMAN, administratrix.

RUSSELL, Chief Justice. This case is controlled by the decision in the companion case of the same name, No. 12273, this day decided.

*Judgment affirmed. All the Justices concur.*

No. 12274. OCTOBER 12, 1938. REHEARING DENIED NOVEMBER 19, 1938.